1:25-CV-01955

**In care of:**

Robert Watson aka Robert William
Watson as heir, devisee, distributee of
The estate of Evelyn Watson
1827 Adam Clayton Powell Jr, Blvd.
New York, N.Y. 10026

*Plaintiffs' Copy*
*Date: 3/19/2025*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Robert Watson aka Robert William        )
Watson as heir, devisee, distributee of the estate  )
of Evelyn Watson,                       )
                                        )   Demand For a Trial By Jury
            Plaintiff - Appellant,      )
                                        )   Case No. 1:25-cv-01955
v.                                      )
                                        )
                                        )
Judge Laura Taylor Swain,               )
Judge Ryan,                             )
Prosecutor Benjamin H. Torrance,        )
State of New York,                      )
Judge Sanders,                          )
State of Maryland for Calvert County    )
                                        )
                                        )
            Defendant - Appellee.       )

---

**20- MILLION DOLLAR CLAIM UNDER 42 U.S. CODE SEC. 1983 ACTION FOR DEPRAVATION OF CIVIL RIGHTS VIOLATION OF THE 'TUCKER ACT" CODIFIED AT 28 U.S.C. SEC. 1346 (a) AND 1491, AND VIOLATION OF THE ADMINISTRATION PROCEDURES ACT OF 1946 AT 5 USC SEC. 551 et seq. THIS CLAIM IS ALSO FOR VIOLATION OF DUE PROCESS**

1 - Plaintiff 20 MILLION DOLLAR LAWSUIT UNDER 42 U.S. CODE SEC 1983 ACTION

1:25-CV-01955

Comes NowPlaintiff Robert William Watson Jr., to file his Civil Claim. The claim is brought forward in Common Law, "Administrative Law," "Equity," and Under the Uniform Commercial code. This 42 U.S. Code Sec. 1983 Civil Action Claim is for Deprivation of Civil Rights Under Color of Law. This claim is for 20- Million Dollars, to revoke the state courts judge's license to practice law, to be granted the Prosecutor's Assets, to be granted judgement in full to be paid collectively.

The Plaintiff also demands complete control of the state court's corporate charter and to have all records of the alleged criminal charges and arrest removed from the record including jail time.

The plaintiff also demands the court to order the police officer not to have contact with the plaintiff without a police corporate supervisor present. The plaintiff also demands the arrest of Felipe Solis for assault and demand the court to order corporate supervisor to be present before contact. Municipal court has no jurisdiction to make judicial determination because court gets its jurisdiction from the city ordinance.

No corporation can  legally give its self-judicial authority. It appears traffic court judge is not a real judge with legal authority and is participating in the misconduct of making a legal determination as an administrative judge without jurisdiction. The plaintiff did not get a fair and impartial procedure in the municipal court of state court process. The right of any public body to determine its own rules of procedures must be exercised in conformity with existing laws. See: Heiskell V. City of Baltimore (1888). 86, Md. 126, Atl. 116. A legislative body cannot make a rule which evades or avoids the effect of a rule prescribed by the constitution or statues governing it, and it cannot do by indirection what it cannot do directly. *See : Crawford v.*

1:25-CV-01955

*I-Uchert (1912), 64, Pla. 41, SS So. 983, 6ed Gresham (18810, 82 Tez. 10, 17 S.W. 390; Taylor v.*

*Davis (1942), 212 Ala. 282, 102, 90, 433; Brennan V. Con-Aoz 173 N.W.*

### Factual Allegations;

1. When a government employee signs in the place of a court's judicial officer, the government employee violate the separation clause in the Constitution.

2. Statues and codes are not valid because of the lack of the enacting clause a body, the three elements necessary to a valid law.

3. Title 18 was never ratified and had no enacting clause, a title, or body.

4. The judge and prosecutor are not registered with the Foreign Agent Registration Act of 1938, violating federal law.

5. The court has no jurisdiction because Acts committed within the state of New York, Whether for good or evil purpose or whether with honest or criminal intent, cannot be made an offense against the United States unless it has some relation to the execution of a power of Congress or some matter within the jurisdiction of the United States see: United States v. Fox., 95 U.S. 670, 672, (1887).

6. The prosecutor scammed the plaintiff when he failed he/she failed to inform him that he was in an administrative court, operating from local rules structured by the same corporation paying the judge and the prosecutor.

7. The court's rules violated the plaintiff's right to due process and obstructed the administration of justice.

1. The fraudulent concealment of the administrative court process is a fatal erorr, and the statue of limitation is tolled.

2. The government employee conspired to violate the plaintiff's due process.

3. The defendants obstructed the administration of justice when they conspired and filed the case in their administrative court without the consent from all parties.

4. The prosecutor does not have a license to practice law.

### Statement of Jurisdiction

Federal courts are authorized to hear cases brought under section 1983 pursuant to two statutory provisions 28 U.S.C Section 1343(3) (1948) and 28 U.S.C.,. Section 1331 (1948). The former statute permits federal district court to hear cases involving a federal question or issue. Cases brought under section 1983 may therefore be heard in federal courts application of both jurisdictional statues. The court of Action can be found at 5 USC Section 702.

**42 U.S. Code Section 1983 - Civil Action For Deprivation of Rights**

1:25-CV-01955

Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, anu=y citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured  by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity and active relief shall not be granted unless a declaratory decree was violated or declaratory relief was unrepairable.

The Tucker Act:

Tucker Act (28 U.S.C. Sec.1346) gives concurrent jurisdiction to the **Court of Federal Claims and the District Courts.** The Constitution and 28 U.S.C. Sec 1332, vest federal courts with jurisdiction to hear cases that "arise under" federal law.

The Tucker Act.

The Tucker Act exposes the government to liability for specific claims. Specially; The Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including taking claims under the Fifth Amendment), a federal statute or regulation, and claim in cases not arising in sort. The relevant text of the Act is codified in 28 U.S.C. Sec. 1346(a) and 1491. The Tucker Act (March 3, 1887, ch 359,24 Stat. 505, 28 U.S.C. Sec. 1491) is a federal statute of the United States by which the United States government has waived its sovereign immunity concerning lawsuits on 5th

1:25-CV-01955

Amendment violations of due process. The Tucker Act gives concurrent jurisdiction to the Court of Federal Claims and the District Courts.

## The Plaintiff Is A Citizen Of The Republic State Of New York

The Plaintiff is a citizen of the Republic State of NEW YORK and as such is not subjected to corporate policies and rules without an injured , and without an order from a judicial judge, See: Exhibit A-   A copy of the Plaintiff's affidavit of state citizenship.

### Short and Plain Statement of the Claims

The defendant's acted with deliberate indifference to the Constitution and federal laws when In Plaintiff's original complaint, he invoked the court's federal question, alleging that Defendants violated his civil rights. Named Defendants were (1) Alfred Charles Sharpton Jr., popularly known as the Rev. Al Sharpton; (2) House of Justice "Special Coordinator" Katrina Jefferson; (3) "Housing Specialist" Shannon Murray; and (4) "Clinical Supervisor" Connery O'Brien. In short, Plaintiff alleged that Sharpton, Jefferson, and Murray failed to assist him in pursuing Plaintiff's mother's efforts to obtain relief stemming from injuries incurred as a result of the September 11, 2001 terrorist attack.Shannon Murray retaliated against Plaintiff Robert Watson sending him to jail in COVID 19 at 470 East 161th Street , Bronx, New York. The complaint also included allegations that Robert Watson was hurt inside of 370 World Trade Center, New York, New York on September 11, 2001. Plaintiff ran to 250 Beaver Street, New York, NY in lower Manhattan on September 11, 2001.

1:25-CV-01955

The defendant's conspired to violate the plaintiff's right UNDER 42 CODE SEC. 1983, the plaintiff's right to due process. The defendants violated administrative procedures act of 1964, which in short mandate that corporations and policies must be in harmony with the constitution, and federal laws. The structure of the arrest summons R.I.C.O. scheme shows it is unconstitutional starting at the gate when the police officer illegally signs in the place of a judicial officer of the court.

The "STATE BAR" card is not a license, it is a 'UNION DUES CARD", The "BAR" is a "PROFESSIONAL ASSOCIATION".

1. Like the Actors' Union, Painters' Union, etc.
2. No other association, EVEN DOCTORS, issue their own license. All issued by the State.
3. The State Bar is NON-GOVERNMENTAL PRIVATE ASSOCIATION - and does must be current to sustain membership.

Lawyers and attorneys are NOT licensed to practice law the nature of lawyers craft in America as per the United States Supreme Court. The practice of Law CAN NOT by licensed by any state/State. (Schware v. Board of Examiners, 335, U.S. 238, 239) .

The practice of Law is AN OCCUPATION OF COMMON RIGHT! (Sims, v. Alberns, 271, S.W. 720 (1925)).

Prayer for Relief:

1. Economic Damages including but not limited to past and future medical expenses and out of pocket expenses.

2. Non- Economic Damages including but not limited to mental and physical pain and suffering, loss and enjoyment of life,inconvenience, mental stress and emotional distress.

3. Damages and any damages for permanent injuries or impairments.

1:25-CV-01955

4. All other compensatory damages caused by plaintiff's act.

5. Pre or post interest.

6. Any attorney fees and costs.

*Declaration:* I declare under penalty and perjury that the above information is true and correct.

Date: 3/19/2025 /s/ Robert William Watson JR.

Name: ROBERT WILLIAM WATSON, JR.

℅ 1827 Adam Clayton Powell Jr

Apt 1A, New York, NY 10026

Email: robertwatson10026@gmail.com

NOTARY PUBLIC

STATE OF_____

COUNTY OF_____

On this _____day of _____, in the year_____, before me, the undersigned personally appeared _____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or person upon be half of which the individual(s) acted, executed the instrument.

1:25-CV-01955

9 - Plaintiff 20 MILLION DOLLAR LAWSUIT UNDER 42 U.S. CODE SEC 1983 ACTION

WTC SURVIVOR 911 S11696
Robert Watson VCF0104772
1827 7th Avenue, Apt 1A
New York, N.Y. 10026



RECEIVED
MAR 21 2025
PRO SE OFFICE



RECEIVED
MAR 20 2025
CLERK'S OFFICE
S.D.N.Y.

United States Court
500 Pearl Street
New York, N.Y. 100



USM
SDNY

Pro se