UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WATSON AKA ROBERT WILLIAM WATSON AS HEIR, DEVISEE, DISTRIBUTEE OF THE ESTATE OF EVELYN WATSON,<br><br>                          Plaintiff,<br><br>                     -against-<br><br>JUDGE LAURA TAYLOR SWAIN; JUDGE RYAN; PROSECUTOR BENJAMIN H. TORRANCE; STATE OF NEW YORK; JUDGE SANDERS; STATE OF MARYLAND FOR CALVERT COUNTY,<br><br>                          Defendants. | 25-CV-2520 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION |

LOUIS L. STANTON, United States District Judge:

   Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

   Plaintiff submitted the complaint without the filing fees or an IFP application. Within 30 days of the date of this order, Plaintiff must either pay the $405.00 in fees or submit the attached IFP application. If Plaintiff submits the IFP application, it should be labeled with docket number 25-CV-2520 (LLS). If the Court grants the IFP application, Plaintiff will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

2

No summons shall issue at this time. If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:   April 10, 2025
         New York, New York

                                                    _____Louis L. Stanton_____
                                                         Louis L. Stanton
                                                             U.S.D.J.