UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT WATSON AKA ROBERT WILLIAM WATSON AS HEIR, DEVISEE, DISTRIBUTEE OF THE ESTATE OF EVELYN WATSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>JUDGE LAURA TAYLOR SWAIN, ET AL.,<br><br>　　　　　　　　Defendants. | 25-CV-2520 (KMW)<br><br>ORDER GRANTING IFP APPLICATION |

KIMBA M. WOOD, United States District Judge:

The Court grants Plaintiff leave to proceed in this action without prepayment of fees. *See*

28 U.S.C. § 1915.

SO ORDERED.

Dated:　July 24, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　/s/ Kimba M. Wood
　　　　　　　　　　　　　　　　　　KIMBA M. WOOD
　　　　　　　　　　　　　　　　United States District Judge