**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT WATSON AKA ROBERT WILLIAM
WATSON AS HEIR, DEVISEE, DISTRIBUTEE
OF THE ESTATE OF EVELYN WATSON,

                      Plaintiff,
   -against-                                       25 **CIVIL** 2520 (KMW)

                                                        **<u>JUDGMENT</u>**

JUDGE LAURA TAYLOR SWAIN; JUDGE
RYAN; PROSECUTOR BENJAMIN H.
TORRANCE; STATE OF NEW YORK; JUDGE
SANDERS, STATE OF MARYLAND FOR
CALVERT COUNTY; MATTHEW W.
DALOISIO, SUPERVISING ATTORNEY-
ARRAIGNMENT; JUDGE MORELL; JUDGE
JAY WIENER; LOUIS L. STANTON, UNITED
STATES DISTRICT JUDGE; TAMMI M.
HELLWIG, CLERK OF COURT, DEPUTY
CLERK,

                      Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 19, 2025, the Court dismisses the complaint, filed IFP under 28 U.S.C. § 1915(a) (1), as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i). The Court warns Plaintiff that further frivolous, duplicative, or meritless litigation will result in the court issuing an order directing Plaintiff to show cause why he should not be barred from filing new civil actions IFP in the court without first obtaining permission from the court. See 28 U.S.C. § 1651. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

August 20, 2025

                                                **TAMMI M. HELLWIG**

                                                **Clerk of Court**

                          **BY:**

                                                **Deputy Clerk**